UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINGVISION PAY-PER VIEW LTD., as
Broadcast Licensee of the
DECEMBER 2, 2000 TRINIDAD/VARGAS
Program,

         Plaintiff,

-against-

NELSON CORONA, Individually, and
d/b/a KARINA RESTAURANT and
a/k/a MI CANDILEJA RESTAURANT,

         Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 4067 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 31 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on August 25, 2006, adopting the Report and Recommendation of Magistrate Judge A. Simon Chrein, dated July 28, 2003; and directing the Clerk of Court to enter judgment awarding plaintiff $3,000.00 in statutory damages as well as $1,050.00 in attorney's fees; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge A. Simon Chrein is adopted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per View, Ltd., as Broadcast Licensee of the December 2, 2000 TRINIDAD/ VARGAS Program, and against defendants, Nelson Corona, Individually, and d/b/a Karina Restaurant and a/k/a Mi Candileja Restaurant, awarding plaintiff $3,000.00 in statutory damages as well as $1,050.00 in attorney's fees.

Dated: Brooklyn, New York
   August 29, 2006
   30,

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court